IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JAMES A. LAMBERT**                                                                                              **Plaintiff**

**v.**                                                                        **No. 1:25-cv-00004-MPM-RP**

**ALCORN COUNTY CHANCERY, et al.**                                                 **Defendants**

## **ORDER**

This matter comes before the Court for consideration of Report and Recommendations ("R&R") [5] issued by United States Magistrate Judge Roy Percy recommending dismissal of *pro se* Plaintiff James Lambert's complaint for lack of subject matter jurisdiction.

Mr. Lambert has brought this action against Alcorn County Chancery, Chancellor Jacqueline Mask, and attorney Clay Nails seeking the recovery of damages and other relief as a result of a divorce granted by Chancellor Mask to Mr. Lambert's then-spouse. It is well-settled law that a plaintiff may not collaterally attack the validity of a state court judgment "by casting his complaint in the form of a civil rights action." *Reed v. Terrell*, 759 F.2d 472, 473 (5th Cir. 1985). Where a federal suit is "inextricably intertwined" with a state court judgment, dismissal for lack of jurisdiction is proper. *Id*. at 473-74 (affirming dismissal of action brought against court officials and attorneys and claiming unconstitutionality of attorney's fee award in state court divorce proceeding) (quoting *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 483 n.16, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983)).

In the present case, it is apparent that Mr. Lambert's complaint, while cast as a civil rights action, challenges the validity of a state court judgment, and that his suit is inextricably intertwined with the state court judgment. Mr. Lambert has failed to file a written objection to the R&R within fourteen (14) days from its filing date asserting legitimate grounds for jurisdiction. Therefore, this

Court agrees with the magistrate judge's recommendation that Mr. Lambert's complaint should be dismissed for lack of subject matter jurisdiction.

Accordingly, the R&R [5] shall be **ADOPTED**, and the claims against Alcorn County Chancery, Chancellor Mask, and Clay Nails shall be **DISMISSED with prejudice**. Plaintiff's Motion to Proceed in forma pauperis shall be **DISMISSED as moot**.

**SO ORDERED**, this 28th day of March, 2025.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI